**WEN XING CHEN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–2228.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2007.

Decided: May 9, 2007.

Wen Xing Chen, Petitioner Pro Se. M.
Jocelyn Lopez Wright, Tracey Wood, Kris-
tin Kay Edison, United States Department
of Justice, Washington, D.C., for Respon-
dent.

Before MICHAEL and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Wen Xing Chen, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." *INS v. Elias–Zacarias,* 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We have reviewed the evidence of record and conclude that Chen fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Chen cannot meet the higher standard to qualify for withholding of removal. *Chen v. INS,* 195 F.3d 198, 205 (4th Cir.1999); *INS v. Cardoza–Fonseca,* 480 U.S. 421, 430, 107 S.Ct. 1207, 94 L.Ed.2d 434 (1987). In addition, we uphold the finding that Chen failed to establish that it was more likely than not that he would be tortured if removed to China. *See* 8 C.F.R. § 1208.16(c)(2) (2006).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*